■ DAVE'S ICE CREAM CAKES, INC., Appellant-Respondent, v WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK et al., Respondents-Appellants.—Order unanimously affirmed without costs for reasons stated at Special Term, Miles, J. (Appeals from order of Supreme Court, Orleans County, Miles, J.—summary judgment.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.

■ LOIS E. RYDZEWSKI, Respondent, v ALFRED F. RYDZEWSKI, Appellant.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Flaherty, J. (Appeal from judgment of Supreme Court, Erie County, Flaherty, J.—divorce.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.